

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2018

No. 04-18-00837-CV

Debra **BARRIENTOS**,
Appellant

v.

**HEB GROCERY COMPANY, L.P.**, U.S Security Associates, Inc., Universal Protection
Service, L.P. D/B/A/ Universal Protection Service; and G.T. Sirizzotti, LTD,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08748
Honorable David A. Canales, Judge Presiding

# O R D E R

The trial court clerk has filed a notice of late record, stating appellant has not paid or arranged to pay the clerk's fee to prepare the record and that appellant is not entitled to the record without paying the fee. We **ORDER** appellant to provide written proof to this court by **December 6, 2018** that either appellant has paid the clerk's fee, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 35.3(a)(2). If appellant fails to file such proof within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

Furthermore, the docketing statement is past due and has not been filed. *See* TEX. R. APP. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We **ORDER** appellant to file the docketing statement by **December 6, 2018**. A failure to comply with this order may result in this appeal being dismissed without further notice. *See* TEX. R. APP. P. 42.3(c).

Additionally, a filing fee of $205 was due when this appeal was filed, but it was not paid. *See* Tex. Sup. Ct., [Fees Charged in the Supreme Court, In Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation](#), Docket No. 15-9158 (Aug. 28, 2015). The fee remains unpaid, and appellant has not filed a sworn statement of inability to afford payment of court costs. We therefore **ORDER** appellant, by **December 6, 2018,** to either: (1) pay the filing fee; or (2) provide written proof to this court that appellant is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule

may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal may be dismissed without further notice. *See* TEX. R. APP. P. 5 (providing appellate courts may enforce rule requiring payment of costs "by any order that is just"), 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court